BRYAN CAVE LLP
Aaron M. McKown (SBN: 208781)
1900 Main Street, Suite 700
Irvine, California 92614
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

BRYAN CAVE LLP
Robert E. Boone III (SBN: 132780)
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
erroneously sued as COUNTRYWIDE
HOME LOANS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>Defendant. | Case No. C07 06402 RS<br><br>**STIPULATION TO EXTEND THE TIME FOR COUNTRYWIDE HOME LOANS, INC. TO FILE A RESPONSIVE PLEADING TO SANDRA PEREZ'S COMPLAINT**<br><br>Complaint Filed: December 18, 2007<br>Trial Date: None |

IR01DOCS359784

## STIPULATION

1. This Stipulation is entered into by Plaintiff SANDRA PEREZ ("Plaintiff") and Defendant COUNTRYWIDE HOME LOANS, INC. ("Countrywide") (collectively "the Parties").

2. Plaintiff filed her Complaint in this action on December 18, 2007. Countrywide's response to the Complaint was originally due on January 17, 2008. Plaintiff granted Countrywide an initial extension of 14 days, until January 31, 2008, to respond to the Complaint.

3. Countrywide is still in the process of investigating any potential counterclaims it may have against third parties. Countrywide anticipates that it will have concluded its initial investigation within the next 14 days.

4. Accordingly, the Parties desire, and hereby **STIPULATE**, that Countrywide shall have until February 14, 2008 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated: January 30, 2008        **FAIR HOUSING LAW PROJECT**

By: *Jessica Fry*
Jessica Fry
Attorneys for Plaintiff SANDRA PEREZ

Dated: January 30, 2008        **BRYAN CAVE LLP**

By: *[signature]*
Aaron M. McKown
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC. erroneously sued as
COUNTRYWIDE HOME LOANS

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

IR01DOCS359794                    2

STIPULATION TO EXTEND THE TIME FOR COUNTRYWIDE TO FILE RESPONSIVE PLEADING