```
 1  Gregory D. Trimarche (143686)
    Gregory.trimarche@bryancave.com
 2  Aaron M. McKown, (208781)
    Aaron.mckown@bryancave.com
 3  Chris Cruz (208781)
    Chris.cruz@bryancave.com
 4  BRYAN CAVE LLP
    1900 Main Street, Suite 700
 5  Irvine, California 92614
    Telephone:   (949) 223-7000
 6  Facsimile:   (949) 223-7100

 7
    Attorneys for Defendant and
 8  Cross-Complainant
    COUNTRYWIDE HOME LOANS, INC.
 9  Erroneously sued as COUNTRYWIDE HOME
    LOANS
10
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>   Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 06402 RS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date Action Filed: December 18, 2007<br>Trial Date: None |

I, Shari Riggs, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1900 Main Street, Suite 700, Irvine, California 92614-7328, and my email address is: shari.riggs@bryancave.com.

On February 14, 2008, I caused to be served on the interested parties in said action the within: **COUNTRYWIDE HOME LOANS, INC.'S ANSWER TO SANDRA PEREZ'S COMPLAINT** by placing a true copy thereof in sealed envelope(s) addresse as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

*See Attached Service List for Service Details*

[ ] **BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via First Legal Support Services to party by close of business day today.

[ ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

2
CERTIFICATE OF SERVICE

1  
2   [x] **BY E-MAIL** – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on F, at Irvine, California.

   Shari Riggs  
(Type or print name)

(Signature)

Bryan Cave LLP  
1900 Main Street, Suite 700  
Irvine, California 92614

3  
CERTIFICATE OF SERVICE

*Sandra Perez v. Countrywide Home Loans, et al*
USDC Case No. C07 06402 RS
Our Client: Countrywide Home Loans

### SERVICE LIST

Kim Pederson
kimp@lawfoundation.org
Jessica Fry
Jessica@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street #
San Jose, CA 95113
Telephone: 408-280-2458
Facsimile: 408-293-0106
*Attorneys for Plaintiff*
*Sandra Perez*

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California 92614

4
CERTIFICATE OF SERVICE