AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

SANDRA PEREZ, an individual,

V.

COUNTRYWIDE HOME LOANS, et al

**SUMMONS IN A CIVIL ACTION**
ON CROSS-COMPLAINT

CASE NUMBER: C0706402 RS

TO: (Name and address of Defendant)
FIDELITY NATIONAL TITLE INSURANCE COMPANY

**YOU ARE HEREBY SUMMONED** and required to serve on ~~PLAINTIFF'S~~ CROSS-COMPLAINANT'S ATTORNEY (name and address)

Gregory D. Trimarche
Aaron M. McKown
Chris Cruz

BRYAN CAVE LLP
1900 Main Street, Ste. 700
Irvine, CA 92614
949-223-7000

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com