| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| GREGORY D. TRIMARCHE, ESQ., Bar #143686<br>BRYAN CAVE LLP<br>1900 MAIN STREET<br>SUITE 700<br>IRVINE, CA 92614<br>Telephone No: (949) 223-7000    FAX No: (949) 223-7100 | | | | FILED<br><br>2008 MAR -7  P 12:04<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| | | Ref. No. or File No.: | | |
| Attorney for: Defendant | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Northern District Of California | | | | |
| Plaintiff: SANDRA PEREZ | | | | |
| Defendant: COUNTRYWIDE HOME LOANS | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0706402 RS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON CROSS-COMPLAINT, CROSS-COMPLAINT

   a. Party served:      FIDELITY NATIONAL TITLE INSURANCE COMPANY
   b. Person served:     MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION
                         SYSTEM, REGISTERED AGENT.

   Address where the party was served:   818 West Seventh Street
                                         2nd Floor
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 28, 2008 (2) at: 10:25AM

7. Person Who Served Papers:                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                           d. The Fee for Service was:    $68.20
   b. FIRST LEGAL SUPPORT SERVICES           e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                      (i)  Independent Contractor
      LOS ANGELES, CA 90071                     (ii) Registration No.:   5141
   c. 213-250-1111                              (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Mar. 03, 2008

   Judicial Council Form                    PROOF OF SERVICE            Doug Forrest
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL          (DOUG FORREST) 7842248;kc.gretri.117099

