BRYAN CAVE LLP
Gregory D. Trimarche (California SBN 043686)
Aaron M. McKown (California SBN 208781)
Stephanie A. Blazewicz (California SBN 240359)
1900 Main Street, Suite 700
Irvine, California 92614
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendant and
Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
erroneously sued as COUNTRYWIDE HOME
LOANS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>　　　　Defendant. | Case No. C07 06402 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Date Action Filed: December 18, 2007<br>Trial Date: None |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>　　　　Cross-Complainant,<br><br>　v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10,<br><br>　　　　Cross-Defendants. | |

1 REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

2 The undersigned party hereby declines to consent to the assignment of this case to a United
3 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case
4 to a United States District Judge.

6 Dated: March 18, 2008            **BRYAN CAVE LLP**

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant and Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
erroneously sued as COUNTRYWIDE HOME
LOANS