**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **SANDRA PEREZ,** | **C 07-06202 RS** |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| VS. | |
| **COUNTRYWIDE HOME LOANS,** Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for April 9, 2008 before the Honorable Judge Richard Seeborg has been continued to **April 14, 2008@ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on April 4, 2008**.**

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off calendar.

Dated: March 18, 2008         RICHARD W. WIEKING,
                              Clerk of Court

                              /s/_____
                              Martha Parker Brown
                              Deputy Clerk