1 **BRYAN CAVE LLP**
Gregory D. Trimarche (California SBN 043686)
2 Aaron M. McKown (California SBN 208781)
Stephanie A. Blazewicz (California SBN 240359)
3 1900 Main Street, Suite 700
Irvine, California 92614
4 Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100
5
Attorneys for Defendant and
6 Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
7 erroneously sued as COUNTRYWIDE HOME
LOANS
8

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>    Defendant.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>    Cross-Complainant,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10,<br><br>    Cross-Defendants. | Case No. C07 06402 RS<br><br>**DEFENDANT/CROSS-COMPLAINANT COUNTRYWIDE HOME LOANS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Action Filed: December 18, 2007<br>Trial Date: None |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Sandra Perez | Plaintiff |
| Countrywide Home Loans, Inc. | Defendant/Cross-Complainant |
| Countrywide Financial Corporation | Owns 100% of Defendant/Cross-Complainant Countrywide Home Loans, Inc. |
| Fidelity National Title Insurance Company | Cross-Defendant |

Dated: March 19, 2008

**BRYAN CAVE LLP**

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant and Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
erroneously sued as COUNTRYWIDE HOME LOANS