1  **JEFFREY S. NELSON (SBN 149494)**
   100 North Wiget Lane, Suite 150
2  Walnut Creek, CA 94598
   Telephone: (925) 930-9550
3  Facsimile: (925) 930-9588
   Email: jeffrey.nelson@fnf.com
4  Attorneys for Cross-Defendant,
   FIDELITY NATIONAL TITLE COMPANY
5  (erroneously sued as FIDELITY NATIONAL
   TITLE INSURANCE COMPANY)
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | SANDRA PEREZ,                    )  **CASE NO.** C07 06402 JW
                                      )
13 |         Plaintiff,                )
                                      )  STIPULATION TO EXTEND TIME FOR
14 |   vs.                             )  FIDELITY NATIONAL TITLE COMPANY
                                      )  TO FILE A RESPONSIVE PLEADING TO
15 | COUNTRYWIDE HOME LOANS., a       )  THE CROSS COMPLAINT
     California Corporation,          )
16                                    )
                                      )
17 |         Defendant.                )
     _____  )
18 | COUNTRYWIDE HOME LOANS, INC., a )
     New York Corporation,            )
19                                    )
             Cross-Complainant,       )
20                                    )
       vs.                            )
21                                    )
     FIDELITY NATIONAL TITLE          )
22 | INSURANCE COMPANY, and ROES 1-   )
     10,                              )
23                                    )
             Cross-Defendants.        )
24   _____  )

25

26

27

28

- 1 -                              Stipulation Extending Time to Respond

## STIPULATION

This Stipulation is entered into by Cross Complainant COUNTRYWIDE HOME LOANS, INC. ("Countrywide") and Cross Defendant FIDELITY NATIONAL TITLE COMPANY ("Fidelity") (collectively, "the Parties"), sued erroneously as FIDELITY NATIONAL TITLE INSURANCE COMPANY.

Countrywide filed its cross-complaint in this action on February 14, 2008. Fidelity's response to the cross-complaint is due on March 28, 2008. Fidelity is still in the process of investigating the matters alleged in Countrywide's cross-complaint.

Accordingly, the Parties desire, and hereby STIPULATE, that Fidelity shall have until April 11, 2008 to respond to Countrywide's cross-complaint in this matter.

IT IS SO STIPULATED.

Dated: March __, 2008

BRYAN CAVE LLP

By: _____
Stephanie A. Blazeqicz
Attorneys for Defendant/Cross-Complainant COUNTRYWIDE HOME LOANS, INC. erroneously sued as COUNTRYWIDE HOME LOANS

Dated: March 28, 2008

_____
Jeffrey S. Nelson
Attorney for Cross-Defendant
FIDELITY NATIONAL TITLE COMPANY, erroneously sued as FIDELITY NATIONAL TITLE INSURANCE COMPANY