| | |
|---|---|
| 1 | KIM PEDERSON (SBN 234785) |
| 2 | kimp@lawfoundation.org<br>JESSICA FRY (LEGAL SERVICES ATTORNEY 800918) |
| 3 | jessicaf@lawfoundation.org<br>FAIR HOUSING LAW PROJECT |
| 4 | 111 West Saint John Street, #315<br>San Jose, CA 95113 |
| 5 | Telephone: (408) 280-2458<br>Facsimile: (408) 293-0106 |
| 6 | Attorneys for Plaintiff |
| 7 | SANDRA PEREZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, | Case No. C 07-06402 JW |
| Plaintiff, | Honorable James Ware<br>United States DistrictJudge |
| v. | |
| COUNTRYWIDE HOME LOANS., a California Corporation, | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Defendant. | |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation, | |
| Cross-Complainant, | |
| v. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10, | |
| Cross-Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov

1  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

2

3  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

4

5  Dated:  _4/3/08____                          /s/ Sandra Perez_____
                                               [Party]
6

7  Dated:  _4/3/08____                          /s/ Jessica Fry_____
                                               [Counsel]
8

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.
10

11

12  Dated: 4/3/08                              _____
                                               Jessica Fry