1  KIM PEDERSON (SBN 234785)
   kimp@lawfoundation.org
2  JESSICA FRY (LEGAL SERVICES ATTORNEY 800918)
   jessicaf@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, #315
4  San Jose, CA 95113
   Telephone:   (408) 280-2458
5  Facsimile:   (408) 293-0106

6  Attorneys for Plaintiff
   SANDRA PEREZ
7
   BRYAN CAVE LLP
8  Gregory D. Trimarche (California SBN 043686)
   Aaron M. McKown (California SBN 208781)
9  1900 Main Street, Suite 700
   Irvine, California  92614
10 Telephone:   (949) 223-7000
   Facsimile:   (949) 223-7100
11 gregory.trimarche@bryancave.com
   aaron.mckown@bryancave.com
12
   BRYAN CAVE LLP
13 Stephanie A. Blazewicz (California SBN 240359)
   2 Embarcadero Center, Suite 1410
14 San Francisco, California  94111
   Telephone:   (415) 675-3400
15 Facsimile:   (415) 675-3434
   stephanie.blazewicz@bryancave.com
16
   Attorneys for Defendant and
17 Cross-Complainant
   COUNTRYWIDE HOME LOANS, INC., erroneously sued as
18 COUNTRYWIDE HOME LOANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>    Defendant. | Case No.  C 07-06402 JW<br><br>Honorable James Ware<br>United States District Judge<br><br>**STIPULATION FOR ADR PROCESS AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | COUNTRYWIDE HOME LOANS, INC., a New York Corporation, |
| 2 | |
| | Cross-Complainant, |
| 3 | |
| | v. |
| 4 | |
| | FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10, |
| 5 | |
| 6 | |
| | Cross-Defendants. |
| 7 | |

8  Counsel for Plaintiff Sandra Perez ("Ms. Perez") and Defendant Countrywide
9  Home Loans, Inc. ("Countrywide") report that they have met and conferred regarding
10 ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR
11 L.R. 3-5:
12  Ms. Perez and Countrywide agree to participate in the following private process:
13 Mediation with Judge Ambler from JAMS. Both Countrywide and Ms. Perez believe that
14 this matter may be resolved by early mediation. Although Cross-Defendant Fidelity
15 National Title Insurance Company ("Fidelity") has not yet appeared in this case, counsel
16 for Fidelity has represented that Fidelity will also stipulate to mediation. Ms. Perez and
17 Countrywide agree that mediation will take place within 90 days of Fidelity's first
18 appearance in this matter.

20 DATED: April 3, 2008                FAIR HOUSING LAW PROJECT

22                                     By: _____
                                           Jessica L. Fry
                                           Attorneys for Plaintiff
23
24 DATED: April 3, 2008                BRYAN CAVE LLP

                                       By: _____
25                                         Stephanie A. Blazewicz
                                           Attorneys for Defendant
26                                         COUNTRYWIDE HOME LOANS, INC.,
                                           erroneously sued as COUNTRYWIDE
27                                         HOME LOANS
28

| | |
|---|---|
| 1 | COUNTRYWIDE HOME LOANS. INC., a New York Corporation, |
| 2 | |
| 3 | Cross-Complainant, |
| 4 | v. |
| 5 | FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10, |
| 6 | |
| 7 | Cross-Defendants. |

Counsel for Plaintiff Sandra Perez ("Ms. Perez") and Defendant Countrywide Home Loans, Inc. ("Countrywide") report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Ms. Perez and Countrywide agree to participate in the following private process: Mediation with Judge Ambler from JAMS. Both Countrywide and Ms. Perez believe that this matter may be resolved by early mediation. Although Cross-Defendant Fidelity National Title Insurance Company ("Fidelity") has not yet appeared in this case, counsel for Fidelity has represented that Fidelity will also stipulate to mediation. Ms. Perez and Countrywide agree that mediation will take place within 90 days of Fidelity's first appearance in this matter.

DATED: April 3, 2008

FAIR HOUSING LAW PROJECT

By: _____
Jessica L. Fry
Attorneys for Plaintiff

DATED: April 3, 2008

BRYAN CAVE LLP

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as COUNTRYWIDE
HOME LOANS

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the parties are to participate in mediation through the private mediation process per stipulation by the parties.

The deadline for the ADR session will be:

    \_\_\_ 90 days from the date of this order.

    \_\_\_ other: 90 days from the first appearance of Fidelity National Title Insurance Company.

Dated:_____          _____
                                                    United States District Judge James Ware