**JEFFREY S. NELSON** (SBN 149494)
100 North Wiget Lane, Suite 150
Walnut Creek, CA 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588
Email: jeffrey.nelson@fnf.com
Attorneys for Cross-Defendant,
FIDELITY NATIONAL TITLE COMPANY
(erroneously sued as FIDELITY NATIONAL
TITLE INSURANCE COMPANY)

*GRANTED*
*Judge James Ware*
4/4/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS., a California Corporation,<br><br>    Defendant.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>    Cross-Complainant,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10,<br><br>    Cross-Defendants. | CASE NO. C07 06402 JW<br><br>STIPULATION TO EXTEND TIME FOR FIDELITY NATIONAL TITLE COMPANY TO FILE A RESPONSIVE PLEADING TO THE CROSS COMPLAINT |

- 1 -    Stipulation Extending Time to Respond

## STIPULATION

This Stipulation is entered into by Cross Complainant COUNTRYWIDE HOME LOANS, INC. ("Countrywide") and Cross Defendant FIDELITY NATIONAL TITLE COMPANY ("Fidelity") (collectively, "the Parties"), sued erroneously as FIDELITY NATIONAL TITLE INSURANCE COMPANY.

Countrywide filed its cross-complaint in this action on February 14, 2008. Fidelity's response to the cross-complaint is due on March 28, 2008. Fidelity is still in the process of investigating the matters alleged in Countrywide's cross-complaint.

Accordingly, the Parties desire, and hereby STIPULATE, that Fidelity shall have until April 11, 2008 to respond to Countrywide's cross-complaint in this matter.

IT IS SO STIPULATED.

Dated: March __, 2008

BRYAN CAVE LLP

By: _____
Stephanie A. Blazeqicz
Attorneys for Defendant/Cross-Complainant COUNTRYWIDE HOME LOANS, INC. erroneously sued as COUNTRYWIDE HOME LOANS

Dated: March 28, 2008

_____
Jeffrey S. Nelson
Attorney for Cross-Defendant
FIDELITY NATIONAL TITLE COMPANY, erroneously sued as FIDELITY NATIONAL TITLE INSURANCE COMPANY

- 2 -    Stipulation Extending Time to Respond