```
 1  KIM PEDERSON (SBN 234785)
    kimp@lawfoundation.org
 2  JESSICA FRY (LEGAL SERVICES ATTORNEY 800918)
    jessicaf@lawfoundation.org
 3  FAIR HOUSING LAW PROJECT
    111 West Saint John Street, #315
 4  San Jose, CA 95113
    Telephone:   (408) 280-2458
 5  Facsimile:   (408) 293-0106

 6  Attorneys for Plaintiff
    SANDRA PEREZ
 7
    BRYAN CAVE LLP
 8  Gregory D. Trimarche (California SBN 043686)
    Aaron M. McKown (California SBN 208781)
 9  1900 Main Street, Suite 700
    Irvine, California 92614
10  Telephone:   (949) 223-7000
    Facsimile:   (949) 223-7100
11  gregory.trimarche@bryancave.com
    aaron.mckown@bryancave.com
12
    BRYAN CAVE LLP
13  Stephanie A. Blazewicz (California SBN 240359)
    2 Embarcadero Center, Suite 1410
14  San Francisco, California 94111
    Telephone:   (415) 675-3400
15  Facsimile:   (415) 675-3434
    stephanie.blazewicz@bryancave.com
16
    Attorneys for Defendant and
17  Cross-Complainant
    COUNTRYWIDE HOME LOANS, INC., erroneously sued as
18  COUNTRYWIDE HOME LOANS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, | Case No. C 07-06402 JW |
| Plaintiff, | Honorable James Ware<br>United States District Judge |
| v. | |
| COUNTRYWIDE HOME LOANS, a<br>California Corporation, | **STIPULATION FOR ADR<br>PROCESS AND [PROPOSED]<br>ORDER** |
| Defendant. | |

| | |
|---|---|
| 1 | COUNTRYWIDE HOME LOANS, INC., a New York Corporation, |
| 2 | |
| | Cross-Complainant, |
| 3 | |
| | v. |
| 4 | |
| | FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10, |
| 5 | |
| 6 | |
| | Cross-Defendants. |
| 7 | |

8   Counsel for Plaintiff Sandra Perez ("Ms. Perez") and Defendant Countrywide
9   Home Loans, Inc. ("Countrywide") report that they have met and conferred regarding
10  ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR
11  L.R. 3-5:

12  Ms. Perez and Countrywide agree to participate in the following private process:
13  Mediation with Judge Ambler from JAMS. Both Countrywide and Ms. Perez believe that
14  this matter may be resolved by early mediation. Although Cross-Defendant Fidelity
15  National Title Insurance Company ("Fidelity") has not yet appeared in this case, counsel
16  for Fidelity has represented that Fidelity will also stipulate to mediation. Ms. Perez and
17  Countrywide agree that mediation will take place within 90 days of Fidelity's first
18  appearance in this matter.

19

20  DATED: April 3, 2008                FAIR HOUSING LAW PROJECT

21
22                                      By: _____
                                        Jessica L. Fry
23                                      Attorneys for Plaintiff

24  DATED: April 3, 2008                BRYAN CAVE LLP

                                        By: _____
25                                      Stephanie A. Blazewicz
                                        Attorneys for Defendant
26                                      COUNTRYWIDE HOME LOANS, INC.,
                                        erroneously sued as COUNTRYWIDE
27                                      HOME LOANS

28

| | |
|---|---|
| COUNTRYWIDE HOME LOANS. INC., a New York Corporation, | |
| Cross-Complainant, | |
| v. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10, | |
| Cross-Defendants. | |

Counsel for Plaintiff Sandra Perez ("Ms. Perez") and Defendant Countrywide Home Loans, Inc. ("Countrywide") report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Ms. Perez and Countrywide agree to participate in the following private process: Mediation with Judge Ambler from JAMS. Both Countrywide and Ms. Perez believe that this matter may be resolved by early mediation. Although Cross-Defendant Fidelity National Title Insurance Company ("Fidelity") has not yet appeared in this case, counsel for Fidelity has represented that Fidelity will also stipulate to mediation. Ms. Perez and Countrywide agree that mediation will take place within 90 days of Fidelity's first appearance in this matter.

DATED: April 3, 2008           FAIR HOUSING LAW PROJECT

By: /s/ Jessica L. Fry
Jessica L. Fry
Attorneys for Plaintiff

DATED: April 3, 2008           BRYAN CAVE LLP

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as COUNTRYWIDE
HOME LOANS

SF01DOCS\95.1                                    STIPULATION TO ADR

1 [PROPOSED] ORDER

2   IT IS HEREBY ORDERED that the parties are to participate in mediation through

3 the private mediation process per stipulation by the parties.

4   The deadline for the ADR session will be:

5   ___ 90 days from the date of this order.

6   _x_ other: 90 days from the first appearance of Fidelity National Title Insurance Company.

9 Dated: April 4, 2008          _____
                                United States District Judge James Ware