# PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. My business address is 100 North Wiget Lane, Suite 150, Walnut Creek, California 94598.

On the date entered below, I served the within:

1. **FIDELITY NATIONAL TITLE COMPANY'S ANSWER TO CROSS-COMPLAINT OF COUNTRYWIDE HOME LOANS, INC.**

on the parties in said action by placing a true copy thereof as indicated below, addressed as follows:

Kimberly Pederson
Law Foundation of Silicon Valley
111 West St. John Street, Suite 315
San Jose, CA 95113
(408) 293-4790
Facsimile (408) 293-0106
Email: kimp@lawfoundation.org
Attorney for Plaintiff Sandra Perez

Jessica Lynn Fry
Fair Housing Law Project
111 West St. John Street, Suite 315
San Jose, CA 95113
(408) 280-2458
Facsimile (408) 293-0106
Email: jessicaf@lawfoundation.org
Attorney to be Noticed

Bryan Cave, LLP
Aaron M. McKown
1900 Main Street, Suite 700
Irvine, CA 92614
Tel: (949) 223-7000
Fax: (949) 223-7100
Email: aaron.mckown@bryancave.com
Attorney for Defendant and Cross-Complainant Countrywide Home Loans, Inc. erroneously sued as Countrywide Home Loans

(✓) BY MAIL: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail, which envelope(s) was then sealed and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at Walnut Creek, California, on the referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed in the City of Walnut Creek, County of Contra Costa, State of California.

( ) BY PERSONAL SERVICE: I caused such envelope to be delivered by hand on the office(s) of the addressee(s).

( ) BY OVERNIGHT MAIL: I caused such envelope to be delivered by Golden State Overnight to the office(s) of the addressee(s).

( ) BY FACSIMILE: I caused a copy of such document to be sent via facsimile transmission to the office(s) of the parties above stated.

Case 5:07-cv-06402-JW    Document 19    Filed 04/11/2008    Page 2 of 2

1 | I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.
3 | DATED: April 11, 2008
4 | _____
  | TAMI WILSON