

IT IS SO ORDERED

Judge James Ware

**FAIR HOUSING LAW PROJECT**
Kim Pederson (California SBN 234785)
Jessica Fry (Legal Services Attorney 800918)
111 West Saint John Street, #315
San Jose, California 95113
Telephone:   (408) 280-2458
Facsimile:   (408) 293-0106
kimp@lawfoundation.org
jessicaf@lawfoundation.org
Attorneys for Plaintiff
SANDRA PEREZ

**BRYAN CAVE LLP**
Gregory D. Trimarche (California SBN 043686)
Aaron M. McKown (California SBN 208781)
1900 Main Street, Suite 700
Irvine, California 92614
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
gregory.trimarche@bryancave.com
aaron.mckown@bryancave.com

**BRYAN CAVE LLP**
Stephanie A. Blazewicz (California SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant and
Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
erroneously sued as COUNTRYWIDE HOME
LOANS

Jeffrey S. Nelson (California SBN 149494)
Kathleen J. Moorhead (California SBN 122811)
100 North Wiget Lane, Suite 150
Walnut Creek, California 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588
jeffrey.nelson@fnf.com
Attorneys for Cross-Defendant
FIDELITY NATIONAL TITLE COMPANY
(erroneously sued as FIDELITY NATIONAL
TITLE INSURANCE COMPANY)

367016.1

STIPULATION TO AMEND CROSS-CLAIM
AND EXTEND TIME FOR COMPLETION OF MEDIATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>　　　　Defendant. | Case No. C07 06402 JW<br><br>**STIPULATION TO FILE AMENDED CROSS-CLAIM AND EXTEND TIME FOR COMPLETION OF MEDIATION** |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>　　　　Cross-Complainant,<br><br>　v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, and ROES 1-10,<br><br>　　　　Cross-Defendants. | |

## STIPULATION

This Stipulation is entered into by Plaintiff SANDRA PEREZ ("Plaintiff"), Defendant COUNTRYWIDE HOME LOANS, INC. (erroneously sued as Countrywide Home Loans) ("Countrywide"), and Cross-Defendant FIDELITY NATIONAL TITLE COMPANY (erroneously sued as Fidelity National Title Insurance Company) ("Fidelity") (collectively "the Parties").

WHEREAS, on December 18, 2007, Plaintiff filed her Complaint in this action;

WHEREAS, on February 14, 2008, Countrywide filed a Cross-Claim against Fidelity;

WHEREAS, on April 4, 2008, this Court ordered that the Parties participate in mediation within ninety (90) days of Fidelity's first appearance in this action;

WHEREAS, on April 11, 2008, Fidelity filed its answer to Countrywide's Cross-Claim;

WHEREAS, based on the Court's April 4, 2008 Order, the Parties must participate in mediation no later than July 10, 2008;

WHEREAS, Countrywide has learned through discovery that Plaintiff signed the loan documents at issue in this action at the mortgage broker's office, and, thus, the mortgage broker should be a party in this action;

WHEREAS, Countrywide now seeks to file an amended Cross-Claim in order to add the mortgage broker, Tony Bayard de Volo dba Lawrence Capital, Inc. ("Lawrence Capital"), as a cross-defendant in this action;

WHEREAS, the Parties believe that all parties, including Lawrence Capital, should participate in the mediation;

NOW, THEREFORE, the undersigned Parties, through their respective counsel of record, hereby agree and stipulate that:

1. Countrywide may file an amended Cross-Claim in order to add Lawrence Capital as a cross-defendant.

2. The deadline for the completion of mediation shall be extended to ninety (90) days after the first appearance of Lawrence Capital.

**IT IS SO STIPULATED.**

Dated: June 1, 2008

**FAIR HOUSING LAW PROJECT**

By: _____
Jessica Fry
Attorneys for Plaintiff SANDRA PEREZ

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

---
367016.1                                3

STIPULATION TO AMEND CROSS-CLAIM
AND EXTEND TIME FOR COMPLETION OF MEDIATION

1  WHEREAS, on April 11, 2008, Fidelity filed its answer to Countrywide's
2  Cross-Claim;
3  WHEREAS, based on the Court's April 4, 2008 Order, the Parties must
4  participate in mediation no later than July 10, 2008;
5  WHEREAS, Countrywide has learned through discovery that Plaintiff signed
6  the loan documents at issue in this action at the mortgage broker's office, and, thus,
7  the mortgage broker should be a party in this action;
8  WHEREAS, Countrywide now seeks to file an amended Cross-Claim in order
9  to add the mortgage broker, Tony Bayard de Volo dba Lawrence Capital, Inc.
10 ("Lawrence Capital"), as a cross-defendant in this action;
11 WHEREAS, the Parties believe that all parties, including Lawrence Capital,
12 should participate in the mediation;
13 NOW, THEREFORE, the undersigned Parties, through their respective
14 counsel of record, hereby agree and stipulate that:
15  1.  Countrywide may file an amended Cross-Claim in order to add
16 Lawrence Capital as a cross-defendant.
17  2.  The deadline for the completion of mediation shall be extended to
18 ninety (90) days after the first appearance of Lawrence Capital.

**IT IS SO STIPULATED.**

Dated: May 13, 2008         **FAIR HOUSING LAW PROJECT**

                            By: _____
                            Jessica Fry
                            Attorneys for Plaintiff SANDRA PEREZ


[SIGNATURES CONTINUED ON FOLLOWING PAGE]

367016.1                              3
                            STIPULATION TO AMEND CROSS-CLAIM
                            AND EXTEND TIME FOR COMPLETION OF MEDIATION

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

Page 2 of 2 received on 5/13/2008 6:22:15 PM [Eastern Daylight Time] for 6753618.

1  Dated: June 1, 2008                        **BRYAN CAVE LLP**

2

3                                              By: _____
                                                   Stephanie A. Blazewicz
4                                              Attorneys for Defendant and Cross-Complainant
                                               COUNTRYWIDE HOME LOANS, INC.,
5                                              erroneously sued as COUNTRYWIDE HOME
                                               LOANS
6

7  Dated: May 19, 2008

8

9                                              _____
                                                Jeffrey S. Nelson
10                                             Attorneys for Cross-Defendant
                                               FIDELITY NATIONAL TITLE COMPANY,
11                                             erroneously sued as FIDELITY NATIONAL
                                               TITLE INSURANCE COMPANY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

367016.1                                    4
                                             STIPULATION TO AMEND CROSS-CLAIM
                                             AND EXTEND TIME FOR COMPLETION OF MEDIATION

# [PROPOSED] ORDER

Having reviewed the stipulation of the parties, and good cause appearing, IT IS ORDERED that:

1. Countrywide Home Loans, Inc., may file an amended Cross-Claim in order to add Tony Bayard de Volo dba Lawrence Capital, Inc. ("Lawrence Capital") as a cross-defendant.

2. The deadline for the completion of mediation shall be extended to ninety (90) days after the first appearance of Lawrence Capital.

Dated: June 23, 2008

*James Ware*
United States District Judge James Ware

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

367016.1

5

STIPULATION TO AMEND CROSS-CLAIM
AND EXTEND TIME FOR COMPLETION OF MEDIATION