```
STEPHANIE A. BLAZEWICZ (SBN 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Attorney for: Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : SANDRA PEREZ

Defendant : COUNTRYWIDE HOME LOANS

Ref#: 239633      *    **PROOF OF SERVICE**    *    Case No.: C07 06402 JW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; CROSS-COMPLAINT FOR (1) INDEMNITY; (2) CONTRIBUTION; AND (3) DECLARATORY RELIEF

in the within action by personally delivering true copies thereof to the person named below, as follows:

```
         Party served     : TONY BAYARD DE VOLO dba LAWRENCE CAPITAL, INC.

         By serving       : Tony Bayard De Volo, Personally

         Address          : (Home)
                            1053 Park Avenue
                            San Jose, CA 95126

         Date of Service: July 11, 2008

         Time of Service: 1:17 PM
```

```
Person who served papers:                 Fee for service: $253.20
KURT W. SEDERMAN                          Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.          (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200             (ii) Registration no.: 641
San Francisco, CA 94103                   (iii) County: Alameda
Telephone: (415) 357-0500
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 11, 2008                                 Signature_____