AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

SANDRA PEREZ, an individual,  )
)
)
)
Plaintiff  )
v.  )   Civil Action No. C07 06402 JW
COUNTRYWIDE HOME LOANS, et al.  )
)
)
Defendant  )

FILED
JUL 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Summons in a Civil Action**  Cross-Complaint

To: Cross-Defendant, TONY BAYARD DE VOLO dba LAWRENCE CAPITAL, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

Within  30  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregory D. Trimarche                    Stephanie A. Blazewicz
Aaron M. McKown                         Bryan Cave LLP
Bryan Cave LLP                          2 Embarcadero Center, Suite 1410
1900 Main Street, Suite 700             San Francisco, CA 94111
Irvine, CA 92614                        Tel: 415-675-3400
Tel: 949-223-0700

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 1 0 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

STEPHANIE A. BLAZEWICZ (SBN 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Attorney for: Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : SANDRA PEREZ

Defendant : COUNTRYWIDE HOME LOANS

Ref#: 239633      *   **PROOF OF SERVICE**   *   Case No.: C07 06402 JW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; CROSS-COMPLAINT FOR (1) INDEMNITY; (2) CONTRIBUTION; AND (3) DECLARATORY RELIEF

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : TONY BAYARD DE VOLO dba LAWRENCE CAPITAL, INC.

    By serving      : Tony Bayard De Volo, Personally

    Address         : (Home)
                      1053 Park Avenue
                      San Jose, CA 95126

    Date of Service: July 11, 2008

    Time of Service: 1:17 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $253.20
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 11, 2008                           Signature