Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

SANDRA PEREZ, an individual, )
)
)
)
Plaintiff )
v. ) Civil Action No. C07 06402 JW
COUNTRYWIDE HOME LOANS, et al. )
)
)
)
Defendant )

**Summons in a Civil Action** Cross-Complaint

To: Cross-Defendant, TONY BAYARD DE VOLO dba LAWRENCE CAPITAL, INC.

*(Defendant's name)*

A lawsuit has been filed against you.

Within  30  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gregory D. Trimarche
Aaron M. McKown
Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, CA 92614
Tel: 949-223-0700

Stephanie A. Blazewicz
Bryan Cave LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Tel: 415-675-3400

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
Tiffany Salinas-Harwell

Date: JUL 1 0 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address