Gregory D. Trimarche (143686)
Gregory.trimarche@bryancave.com
Aaron M. McKown, (208781)
Aaron.mckown@bryancave.com
Chris Cruz (208781)
Chris.cruz@bryancave.com
BRYAN CAVE LLP
1900 Main Street, Suite 700
Irvine, California 92614
Telephone:    (949) 223-7000
Facsimile:     (949) 223-7100

Attorneys for Defendant and
Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
Erroneously sued as COUNTRYWIDE HOME
LOANS

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. C07 06402 JW<br><br>Honorable James Ware<br><br>Notice of Change of Address<br><br>Date Action Filed: December 18, 2007<br>Trial Date: None |

1

***

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, effective August 1, 2008, the address of Bryan Cave LLP, attorneys of record for Defendant and Cross-Complainant COUNTRYWIDE HOME LOANS, INC. Erroneously sued as COUNTRYWIDE HOME LOANS will change to 3161 Michelson Drive, Suite 1500, Irvine, California 92612. The telephone and fax number will remain the same.

Dated:        July 24, 2008.

Respectfully submitted,

BRYAN CAVE LLP

By: _____CS_____
Chris Cruz
Attorneys for Defendant and Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.
erroneously sued as COUNTRYWIDE HOME LOANS

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: gloria.gomez@bryancave.com.

On August 25, 2008, I served the foregoing document described as **NOTICE OF CHANGE OF ADDRESS** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Kim Pederson | Telephone: 408/280-2558 |
| kimp@lawfoundation.org | Facsimile: 408/293-0106 |
| Jessica Fry | Email: kimp2lawfoundation.org |
| Fair Housing Law Project | Jessica@lawfoundation.org |
| 111 West Saint John Street | |
| San Jose, CA 95113 | Attorney for Plaintiff, *Sandra Perez* |
| | |
| Tony Bayard de Volo, Esq. | Telephone: NOT PROVIDED |
| 1053 Park Avenue | Facsimile : NOT PROVIDED |
| San Jose, CA 95126 | Email: NOT PROVIDED |
| | |
| | In Pro Per |

[X] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY PERSONAL DELIVERY - I caused such envelope to be hand delivered to the offices of the addressee.

[ ] BY EMAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

376491.1

PROOF OF SERVICE

1  [ ] STATE  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  [X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2008, at Irvine, California.

_Gloria L. Gómez_

376491.1

2

PROOF OF SERVICE