

IT IS SO ORDERED
AS MODIFIED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual, | Case No. C07 06402 JW |
| Plaintiff, | **PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT; [PROPOSED] ORDER** |
| v. | |
| COUNTRYWIDE HOME LOANS, a California Corporation, | |
| Defendant. | |
| COUNTRYWIDE HOME LOANS, INC., a New York Corporation, | Date:     February 2, 2009<br>Time:     11:00 a.m.<br>Ctrm      8 |
| Cross-Complainant, | Honorable James Ware |
| v. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, TONY BAYARD DE VOLO DBA LAWRENCE CAPITAL, INC., and ROES 1-10, | |
| Cross-Defendants. | |

//

//

SF/2155.1

# [PROPOSED] ORDER

Having reviewed the Preliminary Pretrial and Trial Setting Conference Statement of the Parties, the following Amended Case Management Schedule **IS ORDERED** AS MODIFIED AS FOLLOWS:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Close of all Discovery | March 2, 2009 | May 1, 2009 |
| Last Date for Hearing Dispositive Motions (= 60 days after the Close of All Discovery) | May 4, 2009 | **June 29, 2009** |
| Further Preliminary Pretrial Conference at 11 a.m. *(= 30 days before the Close of All Discovery)* | | **April 6, 2009** |
| Further Preliminary Pretrial Conference Statements *(Due 10 days before conference)* | | **March 27, 2009** |

Dated: January 28, 2009

*/s/ James Ware*
United States District Judge James Ware