1  KIM PEDERSON (SBN 234785)
   kimp@lawfoundation.org
2  JESSICA FRY (LEGAL SERVICES ATTORNEY 800918)
   jessicaf@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, #315
4  San Jose, CA 95113
   Telephone:    (408) 280-2458
5  Facsimile:    (408) 293-0106

6  Attorneys for Plaintiff
   SANDRA PEREZ

7

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  SANDRA PEREZ,                      Case No.  C 07 06402 JW

14            Plaintiff,               **STIPULATION TO EXTEND
                                       DEADLINES AND**
15        v.                           **ORDER**  FINDING AS MOOT

16  COUNTRYWIDE HOME LOANS., a
    California Corporation,

17            Defendant.

18

19

20        On May 13, 2009, the parties will engage in a settlement conference in front of the Hon.

     Judge Lloyd.  Accordingly, subject to the approval of this Court, the parties hereby stipulate to

21   the following:

22        1.      The current date to complete all discovery is May 1, 2009.  The parties agree that

23   the new discovery cut-off date will be May 22, 2009.

24        2.      Currently, the last date for hearing dispositive motions is June 29, 2009.  The

25   parties agree to extend this deadline to July 13, 2009.

26        3.      The current dates for the Final Pretrial Conference, Jury Selection, and Jury Trial

27   shall not change.

28   //

     PEREZ V. COUNTRYWIDE HOME LOANS, No. C07 06402 JW
     STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER                          1

1   Dated:  April 30, 2009          **FAIR HOUSING LAW PROJECT**
                                    Kim Pederson
2                                   Jessica Fry

3
                                    /s/_____
4                                   Jessica Fry
                                    Attorneys for Plaintiff
5

6

7   Dated:  April 30, 2009          **BRYAN CAVE LLP**
                                    Gregory D. Trimarche
8                                   Aaron M. McKown
                                    Stephanie A. Blazewicz
9

10                                  /s/_____
                                    Stephanie A. Blazewicz
11                                  Attorneys for Defendant

12

13  Dated:  April 30, 2009          /s/_____

14                                  Jeffrey S. Nelson
                                    Attorneys for Cross-Defendant
15                                  FIDELITY NATIONAL TITLE COMPANY,
                                    erroneously sued as FIDELITY NATIONAL TITLE
16                                  INSURANCE COMPANY

17

18  Dated:  April 30, 2009          /s/_____

19                                  Tony Bayard de Volo
                                    Cross-Defendant, *In Pro Per*

20

21

22

23

24

25

26

27

28

PEREZ V. COUNTRYWIDE HOME LOANS, No. C07 06402 JW
STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER                    2

1

XXXXXXXXX **ORDER**

2    Upon review of the parties' stipulation requesting an extension of the time to

3  complete discovery and to extend the deadlines set forth in this Court's January 29, 2009

4  scheduling order and good cause appearing:

5    IT IS HEREBY ORDERED that the proposed stipulation between the parties sets

6  forth the new scheduling deadlines in this case as follows:  is found as moot.  The parties

7  appeared before Magistrate Judge Howard R. Lloyd on May 13, 2009 for a settlement conference
   and recited settlement terms on the record.  On May 18, 2009 the Court issued an Order to Show
8  Cause re Settlement on June 22, 2009 at 9:00 AM.  Plaintiff is to file a Stipulated Dismissal or
9  Joint Status Response due by 6/12/2009.

10

11  Dated: June 15, 2009                   _____
                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PEREZ V. COUNTRYWIDE HOME LOANS, No. C07 06402 JW
STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER                    3