*IT IS SO ORDERED*
*[signature] Judge James Ware*

BRYAN CAVE LLP
Gregory D. Trimarche (California SBN 143686)
Aaron M. McKown (California SBN 208781)
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
gregory.trimarche@bryancave.com
aaron.mckown@bryancave.com

BRYAN CAVE LLP
Stephanie A. Blazewicz (California SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
stephanie.blazewicz@bryancave.com

Attorneys for Defendant and
Cross-Complainant
COUNTRYWIDE HOME LOANS, INC. erroneously
sued as COUNTRYWIDE HOME LOANS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA PEREZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, a California Corporation,<br><br>  Defendant.<br>COUNTRYWIDE HOME LOANS, INC., a New York Corporation,<br><br>  Cross-Complainant,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, TONY BAYARD DE VOLO DBA LAWRENCE CAPITAL, INC., and ROES 1-10,<br><br>  Cross-Defendants. | Case No. C07 06402 JW<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AND FIRST AMENDED CROSS-COMPLAINT WITH PREJUDICE** |

SF/12708.1

Plaintiff SANDRA PEREZ ("Plaintiff"), Defendant/Cross-Complainant COUNTRYWIDE HOME LOANS, INC. (erroneously sued as Countrywide Home Loans) ("Countrywide"), Cross-Defendant FIDELITY NATIONAL TITLE COMPANY (erroneously sued as Fidelity National Title Insurance Company) ("Fidelity"), and Cross-Defendant Tony Bayard de Volo ("Mr. Bayard de Volo") (collectively "the Parties"), by and through their respective attorneys of record, stipulate as follows:

1. The Complaint filed by Plaintiff on December 18, 2007 against Countrywide is hereby dismissed pursuant to F.R.C.P. 41(a), with prejudice.

2. The First Amended Cross-Complaint filed by Countrywide on June 30, 2008 against Fidelity and Mr. Bayard de Volo is hereby dismissed pursuant to F.R.C.P. 41(c), with prejudice.

IT IS SO STIPULATED.

Dated: June 18, 2009      **FAIR HOUSING LAW PROJECT**

By: _____
Jessica Fry
Attorneys for Plaintiff SANDRA PEREZ

Dated: June 18, 2009      **BRYAN CAVE LLP**

By: _____
Stephanie A. Blazewicz
Attorneys for Defendant and Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as COUNTRYWIDE HOME LOANS

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

1  Plaintiff SANDRA PEREZ ("Plaintiff"), Defendant/Cross-Complainant COUNTRYWIDE
2  HOME LOANS, INC. (erroneously sued as Countrywide Home Loans) ("Countrywide"), Cross-
3  Defendant FIDELITY NATIONAL TITLE COMPANY (erroneously sued as Fidelity National Title
4  Insurance Company) ("Fidelity"), and Cross-Defendant Tony Bayard de Volo ("Mr. Bayard de
5  Volo") (collectively "the Parties"), by and through their respective attorneys of record, stipulate as
6  follows:
7      1. The Complaint filed by Plaintiff on December 18, 2007 against Countrywide is hereby
8  dismissed pursuant to F.R.C.P. 41(a), with prejudice.
9      2. The First Amended Cross-Complaint filed by Countrywide on June 30, 2008 against
10 Fidelity and Mr. Bayard de Volo is hereby dismissed pursuant to F.R.C.P. 41(c), with prejudice.
11     IT IS SO STIPULATED.

13 Dated: June 18, 2009

**FAIR HOUSING LAW PROJECT**

By: _____
    Jessica Fry
Attorneys for Plaintiff SANDRA PEREZ

18 Dated: June 18, 2009

**BRYAN CAVE LLP**

By:_____
    Stephanie A. Blazewicz
Attorneys for Defendant and Cross-Complainant
COUNTRYWIDE HOME LOANS, INC.,
erroneously sued as COUNTRYWIDE HOME
LOANS

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612

SF/12708.1

2

STIPULATION OF DISMISSAL
C07 06402 JW

Page 2 of 2 received on 6/18/2009 12:38:12 PM [Eastern Daylight Time] for 6753618.

1 | Dated: June 18, 2009

_____
Jeffrey S. Nelson
Attorneys for Cross-Defendant
FIDELITY NATIONAL TITLE COMPANY,
erroneously sued as FIDELITY NATIONAL TITLE
INSURANCE COMPANY

7 | Dated: June 18, 2009

_____
Tony Bayard de Volo
Cross-Defendant, *In Pro Per*

*Bryan Cave LLP*
*3161 michelson drive, suite 1500*
*Irvine, California 92612*

Dated: June 17, 2009

_____
Jeffrey S. Nelson
Attorneys for Cross-Defendant
FIDELITY NATIONAL TITLE COMPANY,
erroneously sued as FIDELITY NATIONAL TITLE
INSURANCE COMPANY

Dated: June 17, 2009

_____
Tony Bayard de Volo
Cross-Defendant, *In Pro Per*

\*\*\* **ORDER** \*\*\*

**IT IS SO ORDERED.**

The Clerk shall close this file.

Dated: June 18, 2009

_____
JAMES WARE
United States District Judge

SF/12708.1

3

STIPULATION OF DISMISSAL
C07 06402 JW